No. 73–552. SCHWARTZ ET AL. v. DEFENDER ASSOCIATION OF PHILADELPHIA. Sup. Ct. Pa. Certiorari denied. MR. JUSTICE DOUGLAS, MR. JUSTICE BRENNAN,

1080

and Mr. Justice Marshall would grant certiorari. 